**Daniel SANDERS, Co–Trustee of the DS/KSL Sanders Family Trust, UDT dated April 28, 1998 and Karen L. Sanders, Co–Trustee of the DS/KSL Sanders Family Trust, UDT dated April 28, 1998, Plaintiffs–Appellants,**

v.

**SUTTON FUNDING, LLC; et al., Defendants–Appellees.**

No. 13–57021.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2014.*

Filed June 12, 2014.

Ehud Gersten, Ehud Gersten, San Diego, CA, for Plaintiffs–Appellants.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Brian S. Edwards, Esquire, Houser & Allison, APC, Lawrence Dreyfuss, Esquire, The Dreyfuss Firm, Irvine, CA, for Defendants–Appellees.

Before: GOULD, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM **

Plaintiffs-appellants Daniel Sanders and Karen L. Sanders, Co–Trustees of the DS/KSL Sanders Family Trust, UDT dated April 28, 1998, appeal the district court's denial of their request for preliminary injunctive relief to prevent appellees from foreclosing on their home. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court applied the appropriate standard and did not abuse its discretion. *Winter v. Natural Resources Defense Council*, 555 U.S. 7, 20, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.